In the Matter of NIAGARA FALLS POWER COMPANY, Appellant, against JOHN A. WHITE et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.

Argued April 12, 1944; decided May 25, 1944.

706

*Joseph M. Proskauer, Randall J. LeBoeuf, Jr., Warren Tubbs, Lauman Martin* and *J. Alvin Van Bergh* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Ruth K. Toch* of counsel), for respondents.

Order affirmed, without costs. Question certified not answered. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.